IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| AVANT GARDE MUSIC PUBLISHING, INC., FLYTE TYME TUNES, UH OH ENTERTAINMENT, INC., FINGAZ GOAL MUSIC, DIVINE MILL MUSIC and MISS BESSIE MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>COASTAL RESTAURANT GROUP, LLC and ROCCO SCARFONE,<br><br>Defendants. | Civil Action No. 1:18-cv-00096-UA-JEP |

**NOTICE OF APPEARANCE OF COUNSEL**

Notice is hereby given that Luke Anderson of the firm of Atlanta Technology Law (Luke Anderson P.C.) hereby enters his appearance as counsel for Defendants Coastal Restaurant Group, LLC and Rocco Scarfone.

Mr. Andersson's contact information is as follows:

> Luke Anderson, Esq.
> NC Bar No. 24,919
> Atlanta Technology Law
> (Luke Anderson P.C.)
> 1230 Peachtree Street, NE, Suite 1900
> Atlanta, Georgia 30309
> Telephone: (404) 991-2241
> Facsimile: (404) 935-0927
> Email: Landerson@atltechlaw.com

This the 23rd day of April, 2018.

     /s/ Luke Anderson
Luke Anderson
 (NC Bar No. 24,919)
**Atlanta Technology Law**
(Luke Anderson P.C.)
1230 Peachtree St., NE
Suite 1900
Atlanta, Georgia 30309
Telephone 404-991-2241
Facsimile: 404-935-0927
E-Mail: Landerson@atltechlaw.com

*Counsel for Defendants Coastal Restaurant Group, LLC and Rocco Scarfone*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION

| | |
|---|---|
| AVANT GARDE MUSIC PUBLISHING, INC., Et. Al.<br><br>        Plaintiffs,<br><br>v.<br><br>COASTAL RESTAURANT GROUP, LLC Et. Al.<br><br>        Defendants. | Civil Action No. 1:18-cv-00096-US-JEP |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was served on all parties to this action by electronically filing the same with the Clerk of Court using the CM/ECF system, which caused notification of such filing to be emailed to the following parties of record:

| | |
|---|---|
| Michael J. Allen, Esq.<br>CARRUTHERS & ROTH, P.A.<br>Post Office Box 540<br>Greensboro, North Carolina 27402<br>Email: mja@crlaw.com | Amiel J. Rossabi<br>   arossabi@r2kslaw.com<br>Gavin J. Reardon<br>   greardon@r2kslaw.com<br>ROSSABI REARDON KLEIN SPIVEY PLLC<br>3623 North Elm Street, Suite 210<br>Post Office Box 38278<br>Greensboro, North Carolina 27404-8278 |

This the 23rd day of April, 2018.

                                            /s/ Luke Anderson
                                            Luke Anderson
                                            (NC Bar No. 24,919)